UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASUNCION DONIS, Petitioner, -against- UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Respondents. | 26-CV-10137 (VSB) **ORDER TO SHOW CAUSE** |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241, which was filed on November 18, 2026 at 4:16 p.m. ET, (Doc. 1 ("Petition" or "Pet.")). Upon consideration of Petitioner's Habeas Petition, it is hereby ORDERED that:

1. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.[1]

2. Petitioner shall not be transferred except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this court in light of Petitioner's interest in participating in further proceedings before this Court and maintaining adequate access to legal counsel through these proceedings.[2]

3. Respondents shall file a letter by **November 20, 2026**, indicating: (1) under what statutory provision Petitioner is being detained; (2) whether this case is

[1] *See, e.g.*, *Loc. 1814, Int'l Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction." (internal quotation marks omitted)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377, 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case"); *Khalil v. Joyce*, No. 25-CV-1935 (S.D.N.Y. Mar. 10, 2025) (Doc. 9) (barring the government from removing petitioner from the United States until the Court could address his claim); *Kuprashvili v. Flanagan*, No. 25-CV-5268, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the court's jurisdiction).

[2] *See Samb v. Joyce*, No. 25-CV-6373 (S.D.N.Y. Aug. 4, 2025) (Doc. 3) (collecting cases in support of enjoining transfer of petitioner outside of New York City area).

distinguishable from my decisions in *Sidqui v. Almodovar*, No. 25-CV-9349, 2026 WL 251929 (S.D.N.Y. Jan. 30, 2026), *Han v. Noem*, No. 25-CV-1075, 2026 WL 322963 (S.D.N.Y. Feb. 6, 2026), the Second Circuit's decision in *Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026), which held that 8 U.S.C. § 1226(a), or the discretionary detention statute, applies to noncitizens currently present in the country rather than the mandatory detention statute of 8 U.S.C. § 1225(b), or *Tapia v. Arteta*, No. 26-CV-2527, 2026 WL 1863849 (S.D.N.Y. June 29, 2026); (3) whether venue is proper in this District; and (4) whether this petition should be treated as a motion to enforce my prior grant of habeas corpus to Petitioner, *see* Doc. 18, *Perez v. Warden of Orange County Correctional Facility, et al.*, No. 26-CV-5013, or as its own standalone petition.

4. Petitioner shall have the opportunity to file a letter in response to Respondents' letter by **November 24, 2026**.

5. The parties shall also attend an initial telephonic case conference on **Wednesday, November 25, 2026 at 2:00 p.m. ET**. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID.

6. Respondents shall show cause, pursuant to 28 U.S.C. § 2243, why the Petition for Writ of Habeas Corpus should not be granted by **December 3, 2026**.

7. Petitioner shall have the opportunity to file a reply by **December 9, 2026**.

8. This matter shall be heard by the Court on **Monday, December 14, 2026 at 11:00 a.m.** in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.

9. By **November 20, 2026**, Petitioner is directed to serve Respondents with a copy of the Habeas Petition and accompanying papers, along with a copy of this Order and promptly file proof of such service on the docket. In the meantime, the Habeas Petition and this Order will be emailed to the Civil Division of the U.S. Attorney's Office for the Southern District of New York at the following email address: Jeffrey.Oesterichег@usdoj.gov.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Vernon S. Broderick
United States District Judge