UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ASUNCION DONIS,<br><br>Petitioner,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondents. | : | 26-CV-10137 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On November 18, 2026, I issued an order to show cause instructing the parties to appear for an initial telephonic case conference on Wednesday, November 25, 2026 at 2:00pm ET. (Doc. 5.) On November 20, 2026, Petitioner filed a letter motion seeking his "immediate, interim release on bail," pursuant to *Mapp v. Reno*, 241 F.3d 221, 230 (2d Cir. 2001) pending the adjudication of his Petition. (Doc. 9 ("*Mapp* Motion").)

At the November 25, 2026 initial telephonic conference, the Government shall be prepared to state its position on whether it intends to oppose Petitioner's *Mapp* Motion, and if so, the Government's position on an expedited *Mapp* Motion briefing schedule.

SO ORDERED.

Dated: November 23, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge