UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASUNCION DONIS,

Petitioner,

-against-

UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Respondents.

---

26-CV-10137 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

In accordance with my comments at the initial telephonic conference hearing on November 25, 2026, it is hereby ORDERED that:

1. Respondents' response brief to Petitioner's Motion for Immediate, Interim Release, (Doc. 9), if necessary, shall be filed by **Monday, December 7, 2026 at 12:00 p.m. ET**.
2. Petitioner's reply brief in support of his Motion for Immediate, Interim Release, if necessary, shall be filed by **Wednesday, December 9, 2026.**
3. The parties shall attend a telephonic case conference regarding Petitioner's Motion for Immediate, Interim Release on **Friday, December 11, 2026 at 2:00 p.m. ET**. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID.
4. Oral argument on Petitioner's Amended Petition, which shall be filed by December 7, 2026, shall be held on **Wednesday, January 13, 2027 at 11:00 a.m. ET** in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.

SO ORDERED.

Dated: November 25, 2026
New York, New York

Vernon S. Broderick
United States District Judge